**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/19/16 10:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   CARMELITA D WILLIAMS

       Debtor(s)

   Ronda J. Winnecour
       Movant
      vs.
   No Repondents.

Case No.:10-28895

Chapter 13

Document No.:  150

## ORDER OF COURT

AND NOW, this __19th__ day of __August__, 20__16__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

Prepared by: __Ronda J. Winnecour, Esq.__

**DEFAULT ENTRY**

Dated: August 19, 2016

_____ jah
Gregory L. Taddonio
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                         Case No. 10-28895-GLT
Carmelita D Williams                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: amaz         Page 1 of 2        Date Rcvd: Aug 19, 2016
                         Form ID: pdf900    Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2016.
```
db         +Carmelita D Williams,   82 Frankwood Road,   Pittsburgh, PA 15235-1339
cr         +Midland Mortgage Co. Midfirst Bank, by its service,   999 N.W. Grand Blvd.,   Suite 100,
             Oklahoma City, OK 73118-6051
cr         +Midland Mortgage Company,   c/o Leon P. Haller, Esquire,   1719 North Front Street,
             Harrisburg, PA 17102-2305
12921745   +AAA Debt Recovery Inc,   P.O. Box 129,   Monroeville, PA 15146-0129
12933259  ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
            (address filed with court:  AmeriCredit Financial Services, Inc,   PO BOX 183853,
             Arlington, TX 76096)
12921746    Accelerated Financial,   4015 Raintree Road,   Suite 140A,   Chesapeake, VA 23321
12921747    Allegheny County Treasurer,   Room 108 Court House,   Pittsburgh, PA 15219-2497
12921748   +Alleghey County Treasurer,   C/O Jordan Tax Service,   102 Rahway Rd.,
             McMurray, PA 15317-3349
12921752   +Citibank,   Shell,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
12921753   +City County FCU,   P.O. Box 23476,   Pittsburgh, PA 15222-6476
12921754   +Collection Service Center,   P.O. Box 560,   New Kensington, PA 15068-0560
13008879    Duquesne Light Company,   c/o Peter J. Ashcroft, Esquire,   Bernstein Law Firm, P.C.,
             Suite 2200, Gulf Tower,   Pittsburgh, PA 15219
12921755   +EMC Mortgage,   P.O. Box 141358,   Irving, TX 75014-1358
13017637   +EMC Mortgage Corporation,   Attn: OH4-7119,   3415 Vision Drive,   Columbus, OH 43219-6009
12921756   +First National Collection Bureau, Inc.,   610 Waltham Way,   Sparks, NV 89434-6695
12921759   +Midfirst Bank,   999 N.W. Grand Boulevard,   Oklahoma City, OK 73118-6051
12959049   +Midfirst Bank, by its servicer,   Midland Mortgage Company,   999 N.W. Grand Blvd., Suite 110,
             Oklahoma City, OK 73118-6051
12921760   +Midland Credit Management,   2365 Northside Drive, Suite 300,   San Diego, CA 92108-2709
12921761   +Penn Hills S. D. and Municipality of PH,   C/O Maiello Brungo & Maiello LLP,
             3301 McCrady Road,   Pittsburgh, PA 15235-5137
12937237   +U.S. Dept of HUD,   c/o Novad Management Consulting,   Shepherd's Mall,
             2401 NW 23rd St. Ste. 1A,   Oklahoma City, OK 73107-2423
13969537   +U.S. Dept. of HUD,   c/o Novad Management Consulting, LLC,   2401 N.W. 23rd Street, Suite 1A1,
             Oklahoma City, OK 73107-2448
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 20 2016 01:42:58
             PRA Receivables Management, LLC,   P.O. Box 41067,   Norfolk, VA 23541-1067
cr          E-mail/Text: ebn@vativrecovery.com Aug 20 2016 01:17:17    Palisades Collections LLC,
             Vativ Recovery Solutions, LLC, dba SMC,   as agent for Palisades Collections LLC,
             P.O. Box 40728,   Houston, TX  77240-0728
13535584   +E-mail/Text: bankruptcy@acacceptance.com Aug 20 2016 01:17:46
             American Credit Acceptance dba Auto Finance,   Attn: BK Dept,   961 E. Main St,
             Spartanburg SC 29302,   bankruptcy@acacceptance.com 29302-2185
12928435    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 20 2016 01:29:38
             American Infosource Lp As Agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
             Oklahoma City, OK  73124-8848
12921750   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 20 2016 01:17:41    Asset Acceptance,
             P.O. Box 2039,   Warren, MI 48090-2039
12969771   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 20 2016 01:17:41    Asset Acceptance LLC,
             PO Box 2036,   Warren, MI 48090-2036
12921751   +E-mail/Text: bankruptcy@cavps.com Aug 20 2016 01:18:10    Cavalry Portfolio Services,
             500 Summit lake Drive,   STE 400,   Valhalla NY 10595-2322
12921757   +E-mail/Text: ally@ebn.phinsolutions.com Aug 20 2016 01:17:04    GMAC,   P.O. Box 380902,
             Bloomington, MN 55438-0902
12921758   +E-mail/Text: cio.bncmail@irs.gov Aug 20 2016 01:17:14    Internal Revenue Service,
             Insolvency Unit,   1000 Liberty Avenue,   Pittsburgh, PA 15222-4014
13337948    E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 20 2016 01:18:08    JEFFERSON CAPITAL SYSTEMS LLC,
             PO BOX 7999,   ST CLOUD MN 56302
13418233    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 20 2016 01:28:30
             Portfolio Recovery Associates, LLC,   P.O. Box 41067,   Norfolk, VA 23541
12967409    E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 20 2016 01:29:37    Regional Acceptance Corporation,
             PO Box 1847,   Wilson, NC  27894-1847
12921762   +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 20 2016 01:29:37    Regional Acceptance Recovery,
             1200 E Firetower Road,   Greenville, NC 27858-4196
12954533    E-mail/Text: ebn@vativrecovery.com Aug 20 2016 01:17:17
             VATIV Recovery Solutions, LLC dba SMC,   As Agent for Palisades Collection/ASTA F,
             PO box 40728,   Houston TX 77240-0728
12921763   +E-mail/Text: bankruptcynotice@westlakefinancial.com Aug 20 2016 01:17:47
             Westlake Financial Services,   4751 Wilshire Blvd Ste 100,   Los Angeles CA 90010-3847
                                                                                              TOTAL: 15
```

```
District/off: 0315-2            User: amaz                  Page 2 of 2                   Date Rcvd: Aug 19, 2016
                                Form ID: pdf900             Total Noticed: 36

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              U.S. Bank National Association, as Trustee, et al.
cr*            ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,   PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:  AmeriCredit Financial Services, Inc.,    P. O. Box 183853,
                  Arlington, TX  76096)
cr*            ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
                 (address filed with court:  JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                  ST CLOUD, MN  56302-9617)
12921749*      ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,   PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:  Americredit,    200 Bailey Avenue,    Fort Worth, TX  76107)
12932333*       +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
cr             ##+Penn Hills School District and Municipality of Pen,    Maiello Brungo & Maiello, LLP,
                  3301 McCrady Road,    Pittsburgh, PA 15235-5137
12945189       ##+Penn Hills Municipality,    Maiello Brungo and Maiello,    3301 McCrady Road,
                  Pittsburgh, PA 15235-5137
12928916       ##+Rjm Acquisitions Llc,    575 Underhill Blvd,   Suite 224,    Syosset, NY 11791-3416
                                                                                          TOTALS: 2, * 4, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2016                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Defendant    U.S Bank National Association, as Trustee
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
               Hills jlc@mbm-law.net
              Leon P. Haller    on behalf of Creditor Midland Mortgage Co.  Midfirst Bank, by its servicer
               lhaller@pkh.com,   dmaurer@pkh.com;lrynard@pkh.com
              Leon P. Haller    on behalf of Creditor    Midland Mortgage Company lhaller@pkh.com,
               dmaurer@pkh.com;lrynard@pkh.com
              Megan E. Farrell    on behalf of Creditor    U. S. Department of Housing and Urban Development
               Megan.Farrell@usdoj.gov,   Patricia.Fitzgerald@usdoj.gov;Deborah.Verrilla@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul M. Daniels    on behalf of Debtor Carmelita D Williams paul@pauldanielslaw.com,
               robert@pauldanielslaw.com;pauldaniels.lawclerk@gmail.com;chris@pauldanielslaw.com
              Paul M. Daniels    on behalf of Plaintiff Carmelita D Williams paul@pauldanielslaw.com,
               robert@pauldanielslaw.com;pauldaniels.lawclerk@gmail.com;chris@pauldanielslaw.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 11
```